# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mubaraka I., | Case No. 19-CV-289 (NEB/SER) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| KEVIN MCALEENAN, Acting Secretary of Homeland Security; WILLIAM BARR, United States Attorney General; PETER BERG, ICE Field Office Director; and JOEL BROTT, Sherburne County Sheriff,[1] | |
| Respondents. | |

This is a habeas action brought under 28 U.S.C. § 2241 by Petitioner Mubaraka I., a removable alien who, since filing his petition, was removed to Ghana. In an August 1, 2019 Report and Recommedation [ECF No. 16 ("R&R")], United States Magistrate Judge Steven E. Rau recommended that the petition be denied as moot and that the suit be dismissed without prejudice because Petitioner was returned to Ghana and the Court cannot give him the relief he seeks—an order requiring immediate release pending removal. No party filed objections. The Court accepts the R&R and orders as follows:

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary Kirstjen Nielsen is substituted by Acting Secretary Kevin McAleenan and Acting Attorney General Matthew Whitaker is substituted by William Barr.

IT IS HEREBY ORDERED that the Petition [ECF No. 1] is DENIED AS MOOT and

this action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.


LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 19, 2019                    BY THE COURT:

                                          s/Nancy E. Brasel
                                          Nancy E. Brasel
                                          United States District Judge